EVA N. PERRY, AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF RALPH H. PERRY, DECEASED, PETITIONER-PROSECUTRIX, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, RESPONDENT-DEFENDANT.

Argued January 16, 1940—Decided March 4, 1940.

Before Justices BODINE and PERSKIE.

For the prosecutrix, *Wall, Haight, Carey & Hartpence, Edward J. O'Mara* and *William H. Carey.*

For the defendant, *David T. Wilentz* and *William A. Moore.*

BODINE, J.   This is a motion to strike depositions taken pursuant to a rule of this court in a *certiorari* proceeding to review a decree of the Prerogative Court in an inheritance tax matter. *R. S.* 2:81-8 provides for the taking of such depositions in any tax matter. Therefore, it would seem that if the depositions are material to the issues to be determined in this court that the motion must be denied. It is practically admitted that the facts proved by the depositions are material.

Not only does the *Certiorari* act provide for depositions in tax cases, but the practice has been consistently followed as shown by numberless decisions in this state. *Royal Manufacturing Co.* v. *Rahway,* 75 *N. J. L.* 416; *Central Railroad of New Jersey* v. *State Tax Dept.,* 112 *Id.* 5; *Atlantic City* v. *State Board of Tax Appeals,* 123 *Id.* 464. Besides, the prosecutor in a tax case may have a constitutional right to a hearing in this court and an opportunity to present evidence by depositions. *Trenton, &c., Traction Corp.* v. *Mercer County Tax Board,* 92 *Id.* 398; *Security Trust Co.* v. *Lexington,* 203 *U. S.* 323; *Hill* v. *Martin,* 296 *Id.* 393. The legislature might, however, relieve the court of the duty to review facts, providing some adequate and conclusive method was fixed for their determination. *Elizabeth* v. *New Jersey Jockey Club,* 63 *Id.* 515.

The moving party maintains that an inheritance tax is not such a tax as falls within *R. S.* 2:81-8. The act applies to any tax and provides that additional testimony may be taken by any party, the legislative meaning being clear.

The motion will be denied.